Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Carlos Angel ALCOBENDAS, Jr. |
| **Docket Number:** | 2:03CR00191-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 07/30/2003 |
| **Original Offense:** | 8 USC 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 30 months Bureau of Prisons; 3-year term of supervised release; $100 special assessment. |
| **Special Conditions:** | Search; Not dissipate assets; Financial disclosure; Drug and alcohol treatment; Drug and alcohol testing; Aftercare co-payment. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/03/2005 |
| **Assistant U.S. Attorney:** | To be assigned     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned     **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12B.MRG

RE:   Carlos Angel ALCOBENDAS, Jr.
      Docket Number:  2:03CR00191-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).

**Justification:**   Since his release on supervision, the offender has had a difficult time adjusting to living in the community.  The offender is currently participating in a substance abuse group treatment program, as well as random testing.  He also resides in a clean and sober living environment with his girlfriend.  Although it seems he is complying with his terms of supervision, Mr. Alcobendas seems to be suffering from severe stress and anxiety.  Those symptoms were noticed by his counselor, as well as the undersigned.  A condition of mental health treatment would allow the undersigned to refer Mr. Alcobendas to a psychiatrist for an evaluation and possible medication.  If the offender is unable to control his anxiety and reduce his stress, there is little likelihood he will be successful on supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI**
**United States Probation Officer**
Telephone:  (916) 930-4315

**DATED:**     November 7, 2005
              Sacramento, California
              CJM:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

**RE:    Carlos Angel ALCOBENDAS, Jr.
        Docket Number: 2:03CR00191-01
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)    Modification approved as recommended.

Date: November 8, 2005

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
       James P. Arguelles, Assistant United States Attorney
       Vicky Cody, Assistant Federal Defender
       Defendant
       Court File

Attachment:    Presentence Report (Sacramento only)